UNITED STATES DRISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



FILED
NOV 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANTONIO D. DOMINGUEZ
1515 Ogden St. NW # 338
Washington, DC 20010
(202) 425-6900

VS.

DISTRICT OF COLUMBIA

ADRIAN M. FENTY, Mayor
1350 Pennsylvania Ave.
Washington, DC 20004

VINCENT C. GRAY, Chairman
Council of the District of Columbia
1350 Pennsylvania Ave. Room 504
Washington, DC 20004

Case: 1:07-cv-02105
Assigned To : Leon, Richard J.
Assign. Date : 11/20/2007
Description: CIVIL RIGHTS-NON. EMPLOY.

JURY ACTION

## COMPLAINT

Here come the plaintiff and pray this honorable court to grant the citizen of the District of Columbia and the plaintiff relief from the burden of disenfranchisement and discrimination in our city electoral process based on the following facts:

That on/or about July 25, 2007 in the Council of the District of Columbia an act cited as the "Elections Date Amendment Act of 2007" ( D.C. ACT 17-88 ) was enacted to amend the District of Columbia Election Code of 1955 to change the date of the District's presidential preference primary from the 2nd Tuesday in January of each presidential election year to the 2nd Tuesday in February of each presidential election year;  to allow political parties to hold elections for party officials on either the 2nd

Tuesday in February of each presidential election year or the 1st Tuesday after the 2nd Monday in September of each presidential election year if there is a primary election already scheduled for other purposes on the date requested; and to eliminate the provision that elections for delegates to conventions and conferences of political parties can be held on dates when primary, general, or special elections are scheduled for other purposes.

That the above mentioned bill read as follows:

A BILL 16-169

IN THE COUNCIL OF THE DISTRICT OF COLUMBIA

BE IT ENACTED BY THE COUNCIL OF THE DISTRICT OF COLUMBIA,

That this act may be cited as the "Election Date Amendment Act of 2007".

Sec. 2. The District of Columbia Election Code of 1955, approved August 12, 1955 (69 Stat. 702; D.C. Official Code § 1-1001.01 et seq.), is amended as follows:

(a) Section 1(2) (D.C. Official Code § 1-1001.01(2)) is amended by striking the phrase" : Provided, that all elections for delegates to conventions and conferences of political parties, upon the request of the said party, shall be scheduled at the same time as primary, general, or special elections already scheduled for other purposes".

(b) Section 5(b)(1) (D.C. Official Code § 1-1001.05(b)(1)) is amended by striking the phrase "2nd Tuesday in January" and inserting the phrase "2nd Tuesday in February" in its place.

(c) Section 10(a)(1) (D.C. Official Code § 1-1001.10(a)(1)) is amended to read as follows: "(a)(1) The elections of the officials referred to in sections 1(1), (2), (3), or

(4) shall be held, at the request of the party, on either the 2nd Tuesday in February of each presidential election year or the 1st Tuesday after the 2nd Monday in September of each presidential election year if there is a primary election already scheduled for other purposes on the date requested.

The primary under section 5(b) shall be held on the 2nd Tuesday in February of each presidential election year.".

Sec. 3. Fiscal impact statement. The Council adopts the fiscal impact statement in the committee report as the fiscal impact statement required by section 602(c)(3) of the District of Columbia Home Rule Act, approved December 24, 1973 (87 Stat. 813; D.C. Official Code § 1-206.02(c)(3)).

Sec. 4. Effective date. This act shall take effect following approval by the Mayor (or in the event of veto by the Mayor, action by the Council to override the veto), a 30-day period of Congressional review as provided in section 602(c)(1) of the District of Columbia Home Rule Act, approved December24, 1973 (87 Stat 813; D.C. Official Code § 1-206.02(c)(1)), and publication in the District of Columbia Register.

That by the action of the Council and the Mayor the citizen of the District of Columbia and myself are disenfranchise from a greater input in the elections for delegates to conventions and conferences elections and/or party officials of all political parties by allowing party official to select the date of lower turnout such as the September primaries.

That by striking the phrase ": Provided, that all elections for delegates to conventions and conferences of political parties, upon the request of the said party, shall be scheduled at the same time as primary, general, or special elections already scheduled for other purposes" from Section 1(2) (D.C. Official Code § 1-1001.01(2)) leave the parties officials with more options to disenfranchisement by a call to state conventions and/or mass meeting at time and place less known and inconvenience to the general public and/or subject to cover charges.

That by amending Section 10(a)(1) (D.C. Official Code § 1-1001.10(a)(1)) to read as follows: "(a)(1) The elections of the officials referred to in sections 1(1), (2), (3), or (4) shall be held, at the request of the party, on either the $2_{nd}$ Tuesday in February of each presidential election year or the $1_{st}$ Tuesday after the $2_{nd}$ Monday in September of each presidential election year if there is a primary election already scheduled for other purposes on the date requested." Reaffirm that for the 2008 election calendar year, September 9, 2008 is a set date for a primary election already scheduled for other purpose (to select candidates for U.S. House of Representatives, 2 (two) At-Large and Ward 2, 4, 7, and 8, members of the Council).

That by signing the bill into law the Mayor and the Chairman in a gross disrespect and insult to the people's intelligence and in a clear conspiracy to protect the sitting incumbents chose to leave the September 9, 2008 primary date untouched. Therefore, placing the burden of disenfranchisement and discrimination in our city electoral process based on, but, no limited to the following facts:

A- Any citizen (with the exception of those seeking the School Board) that wish to run as an independent for any City Council, U.S. House of Representatives and/or any other public office is placed at a disadvantage by the time table set by the present District's Code with regard the filing and certification deadlines.

B- The time frame between the certification and/or the primaries to the general elections is 1000% to the advantage to of incumbents.

C- The bias media of Washington, D.C. give-up the coverage after the primary date due to the disproportional party registration of the City.

In view of the above mentioned facts I hereby request that this honorable court grant the following relief:

1. Issue an injunction against the act cited as the "Elections Date Amendment Act of 2007" ( D.C. ACT 17-88 ).
2. Direct the city Mayor and Chairman to call an emergency legislation to enact a new fair election law that should include, but, no limited to:
   A. Establish a requirement to have all potential candidates to pickup and file petitions at the same time and to file with the same deadlines regardless of participation on primaries or direct access (independent).
   B. That registered political parties be subject to the same filing deadlines if they chose to place nominations via other means such as conventions and/or mass meetings.

  C. Establish the date of February 12, 2008 as the presidential preference primary date and May 13, 2008 or no later than June 13, 2008 as the date for primary for other purposes.

  D. Preserves the provision that elections for delegates to conventions and conferences of political parties should be scheduled on dates when primary, general, or special elections are scheduled for other purposes.

3. That if this honorable court deem proper order the defendants to cover all court cost and grant $ 250,000.00 in damages to be use by plaintiff only to conduct election awareness campaign.


Respectfully submitted,

*[signature]*
ANTONIO D. DOMINGUEZ
1515 Ogden St. NW # 338
Washington, D.C. 20010

07-2105
RJL

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
Antonio D. Dominguez

**DEFENDANTS**
District of Columbia, At Al.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF DC
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT DC
(IN U.S. PLAINTIFF CASES ONLY)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Case: 1:07-cv-02105
Assigned To : Leon, Richard J.
Assign. Date : 11/20/2007
Description: CIVIL RIGHTS-NON. EMPLOY.

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. *Antitrust*
☐ 410 Antitrust

### ☐ B. *Personal Injury/Malpractice*
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. *Administrative Agency Review*
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. *Temporary Restraining Order/Preliminary Injunction*
Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☒ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. **Habeas Corpus/ 2255**<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. **Employment Discrimination**<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. **FOIA/PRIVACY ACT**<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. **Student Loan**<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. **Labor/ERISA (non-employment)**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☒ L. **Other Civil Rights (non-employment)**<br>☒ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. **Contract**<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. **Three-Judge Court**<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 1983

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ 250,000.00   Check YES only if demanded in complaint  JURY DEMAND ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES ☒ NO   If yes, please complete related case form.

DATE 11-20-07   SIGNATURE OF ATTORNEY OF RECORD [signature]

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.