UNITED STATES DRISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTONIO D. DOMINGUEZ
1515 Ogden St. NW # 338
Washington, DC 20010
(202) 425-6900

VS.

DISTRICT OF COLUMBIA

ADRIAN M. FENTY, Mayor
1350 Pennsylvania Ave.
Washington, DC 20004

VINCENT C. GRAY, Chairman
Council of the District of Columbia
1350 Pennsylvania Ave. Room 504
Washington, DC 20004

Case: 1:07-cv-02105
Assigned To : Leon, Richard J.
Assign. Date : 11/20/2007
Description: CIVIL RIGHTS-NON. EMPLOY.

*JURY ACTION*

## EMERGENCY MOTION

Here come the plaintiff and pray this honorable court to hear this case in an emergency basis. It will be the best public interest due to the nature of the issues in dispute. Since the outcome of the matter may affect the time frame to file all proper documents for the District of Columbia Schedule Primary Elections Year of 2008.

Respectfully submitted,

ANTONIO D. DOMINGUEZ
1515 Ogden St. NW # 338
Washington, D.C. 20010