UNITED STATES DRISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

NOV 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANTONIO D. DOMINGUEZ
1515 Ogden St. NW # 338
Washington, DC 20010
(202) 425-6900

VS.                                             CIVIL ACTION NO. 07- 2105 (RJL)

DISTRICT OF COLUMBIA, et al


## AFFIDAVIT OF SERVICE

I, Antonio D. Dominguez, hereby declare that on the 20th day of November, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Vincent C. Gray. Attached hereto is the certified green card acknowledging service.

[Attached USPS Domestic Return Receipt (PS Form 3811) showing:
- Article Addressed to: Hon. Adrian M. Fenty, Mayor, Dist. of Columbia, 1350 Pennsylvania Ave. N.W, Washington, DC 20004
- Service Type: Certified Mail
- Date of Delivery: 11-23-07
- Article Number: 7001 2510 0006 9847 8628]

DOMINGUEZ
St. NW # 338
Washington, DC 20010

UNITED STATES DRISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTONIO D. DOMINGUEZ
1515 Ogden St. NW # 338
Washington, DC 20010
(202) 425-6900

      VS.                              CIVIL ACTION NO. 07- 2105 (RJL)

DISTRICT OF COLUMBIA, et al

**AFFIDAVIT OF SERVICE**

I, Antonio D. Dominguez, hereby declare that on the 20th day of November, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Adrian M. Fenty. Attached hereto is the certified green card acknowledging service.

[Attached certified mail return receipt green card addressed to Hon. Vincent C. Gray, Chairman, Council of District of Columbia, 1350 Pennsylvania Ave. Room 504, Washington, DC 20004; Article number 7001 2510 0006 9847 8635; Date of Delivery 11-23-07; signed by Dominguez, 1515 Ogden St. NW # 338, Washington, DC 20010]