UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTONIO DOMINGUEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 07-2105 (RJL) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, et. al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**NOTICE OF ENTRY AND WITHDRAWAL OF APPEARANCE**

The District of Columbia requests the Clerk of the Court to please withdraw the appearance of Assistant Attorney General Andrew Saindon and enter the appearance of Assistant Attorney General Jayme Kantor as counsel for the District of Columbia in the above captioned-matter.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Ellen A. Efros
ELLEN A. EFROS [250746]
Chief, Equity I

/s/ Andrew J. Saindon
ANDREW J. SAINDON [456987]
Assistant Attorney General

/s/ Jayme B. Kantor
JAYME B. KANTOR [488502]
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
(202) 724-6627 (telephone)
(202) 727-3625 (fax)