UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTONIO DOMINGUEZ, )
)
    Plaintiff, )
) Case No.: 07-2105 (RJL)
    v. )
)
DISTRICT OF COLUMBIA, et. al. )
)
    Defendants. )
)

**DEFENDANTS' JOINT REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**

The District of Columbia, by its attorney the Office of the Attorney General for the District of Columbia, and Councilmember Vincent Gray, by his attorney John Hoellen, ("Defendants"), join in reply to Plaintiff's Opposition to the District of Columbia's Motion to Dismiss.[1]

1.    On December 13, 2007, the Court told Plaintiff to serve his opposition to the motion to dismiss on all parties in person by January 7, 2008; however, Defendants only received such through the Court and by mail on January 8, 2008. Plaintiff not only failed to adhere to the Order of this Court to personally deliver his filing to all parties, but he has failed to meet his burden of establishing valid service of process.

2.    Fed. R. Civ. P. 4(j)(2) governs service of process on municipal corporations by service on its chief executive officer. Short of service on that person, in this case Mayor Fenty, service may be otherwise made as prescribed by

---

[1] At the status hearing before the Court on December 13, 2007, Counsel for Mr. Gray joined in the District's Motion to Dismiss.

1

state law.  Id.  Since Plaintiff did not serve, nor does he allege he served, the Mayor himself, he was obligated to follow the District's rule of service, SCR-Civil 4(j)(1), which provides for the designation of persons who may accept service of process on behalf of a municipal corporation.

3. Plaintiff's service on the District is invalid because he did not serve a designee to accept service of process for the Mayor.  Plaintiff elected to send his complaint by certified mail, which is the alternative to personal service in Fed. R. Civ. P. 4(j)(2).  To effect service by this means, however, it must be directed to an individual authorized to receive service of process.  Plaintiff cannot accomplish proper service of process by simply sending his complaint to "City Hall." Plaintiff's Opposition ¶ 12.  The District of Columbia Court of Appeals conclusively decided this issue when it interpreted the local rule of service of process in *Eldridge v. District of Columbia*, 866 A.2d 786 (D.C. 2004).  The Court in *Eldridge* held that a properly designated employee must sign for the complaint if service is made by mail.  *Id*. at 787.  *See* District of Columbia's Motion to Dismiss, ¶ 9-10.  This Court has followed *Eldridge* on this issue and restated that "service of process is invalid when the plaintiff sends a summons and complaint by certified mail to a defendant's office but the mail is signed for by a secretary, receptionist, or other individual not specifically authorized to accept service of process." *Byrd v. District of Columbia*, 230 F.R.D. 56, 59 (D.D.C. 2005) (Friedman, J.).[2]

4. Because plaintiff failed to effect proper service on the District, the Court

---

[2] Plaintiff's bald assertions and empty quotations in his Opposition at ¶ 13 should be entirely disregarded for lack of any reference to authority on the matter asserted.

lacks personal jurisdiction.  *Wilson v. Prudential Fin.* 332 F.Supp. 2d. 83, 87 (D.D.C. 2004).

5.     Plaintiff did not properly serve named defendant Vincent Gray.  Fed. R. Civ. P. 4(e) provides for service on an individual, similarly proposing an alternative to personal service by referring to state law.  Pursuant to SCR-Civil 4(c), certified mail is an alternative to personal service in SCR-Civil 4(e)(2), but in choosing this method over personal service, Plaintiff's service failed because it was not signed for by Chairman Gray or a person designated to accept service on his behalf.  D.C. Council Rule 851 states that "(f)or the purpose of receiving legal correspondence (including summonses, complaints, and subpoenas), the Secretary and General Counsel may accept service of process for the Council or any Member." Section 851(a) of the Rules of Organization and Procedure for the Council of the District of Columbia, Council Period 17, effective January 3, 2007 (Res. 17-1), 54 D.C. Reg. 156.  Plaintiff has not provided any evidence of service on Chairman Gray or a designee.  It is the duty of the plaintiff when service is made by certified or registered mail to articulate "specific facts from which the Courts can determine that the person who signed the receipt meets the appropriate qualifications for service of process." SCR-Civil 4(*l*)(1).  *See Kopff v. World Research Group, LLC*, 298 F. Supp. 2d 50, 59 (D.D.C. 2003).  An authorized agent can accept service of process, if so designated by the individual to be served.  Here, Plaintiff intended to serve Chairman Vincent Gray, and service on the Secretary or General Counsel for the D.C. Council would have sufficed.

Plaintiff, however, served no such person.  The signature on Plaintiff's return receipt, which looks like "L.L.," falls considerably short of this requirement.

6.	Because Plaintiff has failed to prove his burden of valid service of process, his complaint should be dismissed for insufficient service of process pursuant to Fed. R. Civ. P. 12(b)(5).  *Johnson v. Ashcroft*, 2005 U.S. Dist. LEXIS 17961, *7 (D.D.C. 2005); *Wilson*, 332 F.Supp. 2d. at  87.

WHEREFORE, for the reasons stated herein and in the District's Motion to Dismiss, the Defendants respectfully request this Honorable Court dismiss the complaint.

>	Respectfully submitted,
>
>	PETER J. NICKLES
>	Interim Attorney General for the District of Columbia
>
>	GEORGE C. VALENTINE
>	Deputy Attorney General
>	Civil Litigation Division
>
>	    /s/ Ellen A. Efros            
>	ELLEN A. EFROS [250746]
>	Chief, Equity I Section
>	Civil Litigation Division
>
>	   /s/  Jayme B. Kantor       
>	JAYME B. KANTOR [488502]
>	Assistant Attorney General
>	441 4th Street, N.W.
>	6th Floor South
>	Washington, D.C. 20001
>	P(202) 724-6627
>	F(202) 727-3625
>	Jayme.Kantor@dc.gov
>	Counsel for Defendant District of Columbia
>
>	Joined by:
>
>	  /s/ John Hoellen             
>	JOHN HOELLEN [450354]

4

        Deputy General Counsel
        Office of the General Counsel
        Council of the District of Columbia
        1350 Pennsylvania Avenue, N.W. - Suite 4
        Washington, D.C.  20004
        P(202) 724-8026
        F(202) 724-8129 (facsimile)
        Jhoellen@dccouncil.us
        Counsel for Defendant Vincent Gray,
        Chairman of the Council of the District of Columbia