## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTONIO DOMINGUEZ, )<br>　　　　　　　　　　　　　)<br>　　　Plaintiff, 　　　　　　)<br>　　　　　　　　　　　　　)　Case No.: 07-2105 (RJL)<br>　　　v. 　　　　　　　　　)<br>　　　　　　　　　　　　　)<br>DISTRICT OF COLUMBIA, et. al. )<br>　　　　　　　　　　　　　)<br>　　　Defendants. 　　　　　)<br>_____) | |

### ORDER

Upon consideration of the Plaintiff's Motion for Preliminary Injunction, Defendant's opposition thereto, and the entire record herein, it is, by this Court on this _____ day of _____, 2008, hereby

**ORDERED**: that Plaintiff's Motion for Preliminary Injunction is **DENIED.**

_____
Judge Richard J. Leon

Copies to:

Jayme Kantor
Assistant Attorney General
Office of the Attorney General for the District of Columbia
Counsel for Defendant District of Columbia

John Hoellen
Deputy General Counsel
Office of the General Counsel
Council of the District of Columbia
Counsel for Defendant Vincent Gray

Antonio Dominguez
Plaintiff, *Pro Se*