# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTONIO DOMINGUEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 07-2105 (RJL) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, et. al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## ERRATA

Defendants submit the attached Proposed Order to the Opposition to Motion for Preliminary Injunction.

        Respectfully submitted,

        PETER J. NICKLES
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        ___/s/ Ellen A. Efros_____
        ELLEN A. EFROS [250746]
        Chief, Equity I Section
        Civil Litigation Division

        __/s/  Jayme B. Kantor_____
        Jayme B. Kantor [488502]
        Assistant Attorney General
        441 4th Street, N.W.
        6th Floor South
        Washington, D.C. 20001
        P(202) 724-6627
        F(202) 727-3625
        Jayme.Kantor@dc.gov
        Counsel for Defendant the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTONIO DOMINGUEZ,              ) | |
|                                 ) | |
|     Plaintiff,                    ) | |
|                                 ) | Case No.: 07-2105 (RJL) |
| v.                              ) | |
|                                 ) | |
| DISTRICT OF COLUMBIA, et. al.   ) | |
|                                 ) | |
|     Defendants.                  ) | |
| _____) | |

**ORDER**

Upon consideration of the Plaintiff's Motion for Preliminary Injunction, Defendant's opposition thereto, and the entire record herein, it is, by this Court on this

_____ day of _____, 2008, hereby

**ORDERED**:  that Plaintiff's Motion for Preliminary Injunction is **DENIED.**

_____
Judge Richard J. Leon

Copies to:

Jayme Kantor
Assistant Attorney General
Office of the Attorney General for the District of Columbia
Counsel for Defendant District of Columbia

John Hoellen
Deputy General Counsel
Office of the General Counsel
Council of the District of Columbia
Counsel for Defendant Vincent Gray

Antonio Dominguez
Plaintiff, *Pro Se*