UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JAN 29 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| ANTONIO DOMINGUEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 07-2105 (RJL) |
| ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**
(January 27th, 2008)

Pending before the Court is Defendants' Joint Motion to Dismiss the Complaint, which was filed on January 22, 2008. Because a ruling on defendants' motion may dispose of the case, plaintiff is advised of his obligation under the Federal Rules of Civil Procedure and the local rules of this Court.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* litigants of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

Accordingly, it is hereby

**ORDERED** that plaintiff shall respond to the Defendants' motion within 30 days of this Order. If the plaintiff fails to respond, the Court may treat the motion as conceded and dismiss the complaint against the defendants.

**SO ORDERED.**

                                    /s/ Richard J. Leon
                                    RICHARD J. LEON
                                    United States District Judge