# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTONIO DOMINGUEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 07-2105 (RJL) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, et. al. ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## DEFENDANT'S NOTICE TO THE COURT OF CORRECTED INFORMATION

The District of Columbia and Vincent Gray, Chairman of the Council of the District of Columbia, through counsel, hereby notify the Court of a fact that was uncertain at the hearing before the Court on February 1, 2008.

At oral argument on February 1, 2008, Plaintiff claimed that the challenged Act would result in some sort of harm to himself because the Democratic Party in the District would be selecting its delegates to its national convention as part of the District election on September 9, 2008, instead of on February 12, 2008, when the presidential preferential primaries will be held in the District.

Defendants have confirmed with the Board of Elections and Ethics that all political parties in the District, including the Democratic Party, will elect delegates to their respective national conventions on February 12, 2008, in accordance with section 5(b) of the District of Columbia Election Code of 1955 (D.C. Official Code § 1-1001.05(b)).

Respectfully submitted,

PETER J. NICKLES

Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

   /s/ Ellen A. Efros
ELLEN A. EFROS [250746]
Chief, Equity I Section
Civil Litigation Division

   /s/ Jayme B. Kantor
Jayme B. Kantor [488502]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
P(202) 724-6627
F(202) 727-3625
Jayme.Kantor@dc.gov
Counsel for Defendant the District of Columbia

Joined by:

   /s/ John Hoellen
JOHN HOELLEN, [450354]
Deputy General Counsel
Office of the General Counsel
Council of the District of Columbia
1350 Pennsylvania Avenue, N.W. - Suite 4
 Washington, D.C. 20004
 P(202) 724-8026
 F(202) 724-8129
Jhoellen@dccouncil.us
Counsel for Defendant Vincent Gray,
Chairman of the Council of the District of Columbia

Date: February 6, 2008.