UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FILED
FEB 21 2008
NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

ANTONIO D. DOMINGUEZ, )
)
Plaintiff, )
)
v. ) Civil Case No. 07-2105 (RJL)
)
DISTRICT OF COLUMBIA, *et al.*, )
)
Defendants. )

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this 19th, day of February, 2008, and consistent with the Minute Order entered on February 8, 2008, it is hereby

**ORDERED** that plaintiff's Emergency Motion (Dkt. #2) and Motion for a Preliminary Injunction (Dkt. #8) is DENIED; it is further

**ORDERED** that defendants' Joint Motion to Dismiss the Complaint (Dkt. #12) is GRANTED; and it is further

**ORDERED** that defendants' Motion to Dismiss for failure to effect proper service (Dkt. #5) is DENIED as moot; it is further

**ORDERED** that judgment is entered in favor of the defendants, and the case is hereby dismissed with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge